## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

WILMINGTON SAVINGS    )
FUND SOCIETY, FSB, AS    )
TRUSTEE OF STANWICH    )
MORTGAGE LOAN TRUST A,    )
    )
    Plaintiff,    )
    )
v.    )  Docket No. 1:19-cv-00234-NT
    )
DEAN J. CIRONE    )
and    )
MAINE REVENUE SERVICES,    )
    )
    Defendants.    )

## ORDER EXTENDING STAY AND
## ORDER ON MOTIONS FOR DEFAULT JUDGMENT
## AND TO ALLOW ADDITIONAL EVIDENCE

The Plaintiff filed a motion for default judgment on October 25, 2019. Mot. For Default Judgment (ECF No. 14). Following a hearing on the Plaintiff's motion for default judgment, on January 29, 2020, the Plaintiff filed a motion to allow additional evidence and presentation of the original note. Pl.'s Presentation of Original Note and Mot. to Allow Additional Evid. (ECF No. 31). On September 29, 2020, the Plaintiff filed a motion to stay in light of the moratorium on residential foreclosures and evictions for FHA-insured mortgages of occupied properties that was issued by the U.S. Department of Housing and Urban Development ("**HUD**") in response to the COVID-19 pandemic and national emergency. Mot. to Stay (ECF No. 35). I granted the Plaintiff's motion to stay the case through December 31, 2020. Order (ECF No.

36). Because I granted the Plaintiff's motion for a stay, I have not yet ruled on the pending motion for default judgment and motion to allow additional evidence.

On December 30, 2020, I issued an order directing the Plaintiff to show cause as to why the stay in this case should not be extended until March 1, 2021, because the HUD foreclosure and eviction moratorium had been extended through February 28, 2021. Order (ECF No. 37). The order further instructed the Plaintiff to show cause if it objected to the court denying the Plaintiff's pending motions without prejudice and with leave to refile following expiration of the stay. On January 5, 2021, the Plaintiff filed its response to the order to show cause and stated it had no objection to the case being stayed until March 1, 2021, and the Plaintiff's pending motion for default judgment and motion to allow additional evidence being denied without prejudice and with leave to refile. Resp. to Court's Order dated Dec. 30, 2020 (ECF No. 38).

Accordingly, it is **ORDERED** that the stay entered in this case is extended until March 1, 2021. In addition, given the ongoing COVID-19 pandemic and in the interests of justice, the Court **DENIES** without prejudice the Plaintiff's pending motion for default judgment (ECF No. 14) and the Plaintiff's motion to allow additional evidence (ECF No. 31). The Plaintiff is free to refile both motions upon expiration of the stay in this case.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 6th day of January, 2021.

2